# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130917(80)

RANDALL L. ROSS,
      Plaintiff-Appellee,

v

AUTO CLUB GROUP,
      Defendant-Appellant.

_____

SC: 130917
COA: 262167
Macomb CC: 2004-001913-CK

      On order of the Chief Justice, the motion by defendant-appellant for extension to November 28, 2007 of the time for filing their reply brief is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

Clerk